Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−26214
Chapter: 7
Judge: Jacqueline P. Cox

In Re:
   Amanda Jean Campbell
   aka Amanda Jean Ortiz
   1913 Richmond Ct
   Schaumburg, IL 60194

Social Security No.:
   xxx−xx−1821

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

      219 South Dearborn, Courtroom 680, Chicago, IL 60604

      on October 30, 2018 at 09:30 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 4, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Amanda Jean Campbell
1913 Richmond Ct
Schaumburg, IL 60194
SSN: xxx−xx−1821  EIN: N.A.

Case No. :   18−26214
Chapter :    7
Judge :      Jacqueline P. Cox

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 4, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-26214-JPC
Amanda Jean Campbell                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: ahamilton           Page 1 of 1           Date Rcvd: Oct 04, 2018
                               Form ID: ntchrgRq         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
27089874       +Davinder Batra,    900 Hillcrest Blvd,    Hoffman Estates, IL 60169-6902
27089872       +Maria Seremitis,    2519 Big Pine Dr,    Holiday, FL 34691-8779
27089880       +Village of Schaumburg,    101 Schaumburg Court,    Schaumburg, IL 60193-1899

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: mandiej82@icloud.com Oct 05 2018 01:11:46      Amanda Jean Campbell,
                 1913 Richmond Ct,   Schaumburg, IL 60194-2236
27089870       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Oct 05 2018 01:13:42
                 Commonwealth Edison Co,   3 Lincoln Center,   Attn: Bankruptcy  Section,
                 Oak Brook Terrace IL 60181-4204
27089871       +E-mail/Text: bankrup@aglresources.com Oct 05 2018 01:12:03      NICOR Northern Illinois Gas,
                 Attention Bankruptcy & Collections,   PO Box 549,   Aurora IL 60507-0549
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27089883        ARS
27089885        ARS
27089882        ARS Acct Resolution
27089873        Acceptance Now
27089877        Comnwth Fin
27089884        Convergent Outsourcing (Comcast)
27089876        Credit Acceptance
27089886        IS Systems (ATT UVerse)
27089878        Nitin Jog
27089879        North Shore Holdings
27089881        Northwest Community Healthcare
27089887        Olga Korzec
27089875        Rehional Acceptance
                                                                                   TOTALS: 13, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
              Amy E Olson    on behalf of Creditor Maria  Seremitis amy@wpiolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@foxrothschild.com, il72@ecfcbis.com
                                                                                             TOTAL: 3